JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONSO JARA, | Case No. EDCV 11-01572 VAP (SPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL STAINER, et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute. The Court orders that such judgment be entered.

Dated: March 6, 2012

VIRGINIA A. PHILLIPS
United States District Judge