1

2

3

4

5                                    **JS-6**

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   ALONSO JARA,                )     Case No. EDCV 11-01572 VAP
                                 )     (SPx)
12              Plaintiff,       )
                                 )     **JUDGMENT**
13       v.                      )
                                 )
14   MICHAEL STAINER, et al.,    )
                                 )
15              Defendants.      )
     _____ )
16

17   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

18       Pursuant to the Order filed herewith, IT IS ORDERED

19   AND ADJUDGED that Plaintiff's Complaint is DISMISSED

20   WITHOUT PREJUDICE for failure to prosecute.  The Court

21   orders that such judgment be entered.

22

23

24   Dated:  March 6, 2012       _____
                                       VIRGINIA A. PHILLIPS
25                                United States District Judge

26

27

28